## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ERIC BURKE, CRAIG BARKER,
RICK CALTON, ARTHUR SALISBURY,
WILLIAM CORY TANNER, BRIAN
TANNER, JASON ABLAN, FRANK
ROBERTS, and RANDY SHERMAN
on behalf of themselves and all
others similarly situated,

       Plaintiffs,

       v.

BIMBO BAKERIES USA, INC., and,
BIMBO FOODS BAKERIES
DISTRIBUTION, LLC

       Defendants.

CIVIL ACTION. No. 1:20-cv-03742
(PMH)

*ELECTRONICALLY FILED*

## <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Pursuant to the Court's Order dated October 16, 2020, <u>see</u> Dkt. 98, which was later extended by Order dated November 17, 2020, <u>see</u> Dkt. 100, the Parties hereby file this stipulation of dismissal with prejudice of all of Plaintiffs' and Opt-in Plaintiffs' claims asserted in this Action, with no award of costs, interest, or attorney's fees, and the Parties waiving all rights of appeal.

[signatures on following page]

Dated:  November 30, 2020

**LICHTEN & LISS-RIORDAN, P.C.**
Harold Lichten
Matthew Thomson
729 Boylston St., Suite 2000
Boston, MA 02116
hlichten@llrlaw.com
mthomson@llrlaw.com

Samuel A. Alba
Friedman & Ranzenhofer, P.C.
74 Main Street
Akron, NY 14001
716-631-9999
sam@legalsurvivalcom

*Attorneys for Plaintiffs*

**MORGAN, LEWIS & BOCKIUS LLP**
Michael J. Puma
Brett Janich*
Jeffrey Becker*
1701 Market St.
Philadelphia, PA 19103-2921
michael.puma@morganlewis.com

*\*Admitted Pro Hac Vice*

*Attorneys for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I, Matthew Thomson, hereby certify that on this 30th day of November, 2020, the foregoing motion is available for viewing and downloading from the ECF system, and will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing.

/s/     *Matthew Thomson*
Matthew Thomson