UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC BURKE, CRAIG BARKER, RICK CALTON, ARTHUR SALISBURY, WILLIAM CORY TANNER, BRIAN TANNER, JASON ABLAN, FRANK ROBERTS, and RANDY SHERMAN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIMBO BAKERIES USA, INC., and, BIMBO FOODS BAKERIES DISTRIBUTION, LLC<br><br>Defendants. | CIVIL ACTION. No. 1:20-cv-03742 (PMH)<br><br>*ELECTRONICALLY FILED* |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the Court's Order dated October 16, 2020, see Dkt. 98, which was later extended by Order dated November 17, 2020, see Dkt. 100, the Parties hereby file this stipulation of dismissal with prejudice of all of Plaintiffs' and Opt-in Plaintiffs' claims asserted in this Action, with no award of costs, interest, or attorney's fees, and the Parties waiving all rights of appeal.

[signatures on following page]

Dated: November 30, 2020

_____  _____

**LICHTEN & LISS-RIORDAN, P.C.**        **MORGAN, LEWIS & BOCKIUS LLP**
Harold Lichten                          Michael J. Puma
Matthew Thomson                         Brett Janich*
729 Boylston St., Suite 2000            Jeffrey Becker*
Boston, MA 02116                        1701 Market St.
hlichten@llrlaw.com                     Philadelphia, PA 19103-2921
mthomson@llrlaw.com                     michael.puma@morganlewis.com

Samuel A. Alba                          *Admitted Pro Hac Vice
Friedman & Ranzenhofer, P.C.
74 Main Street                          *Attorneys for Defendants*
Akron, NY 14001
716-631-9999
sam@legalsurvivalcom

*Attorneys for Plaintiffs*

---

The Clerk is instructed to terminate this action.

SO ORDERED.

_____
Philip M. Halpern, U.S.D.J.

Dated: New York, NY
       December 1, 2020

---

2